CONTENT, Respondent, v. OLIVER, Appellant. (Supreme Court, Appellate Division, First Department. June 4, 1915.) Action by Harry Content against William J. Oliver. L. B. Williams of New York City, for appellant. S. P. Goldman, of New York City, for respondent.

PER CURIAM. The finding that plaintiff was entitled to recover $600 attorneys' fees reversed, and judgment modified, by deducting said amount therefrom, and, as so modified, affirmed, without costs. Settle order on notice.

CONTINENTAL SECURITIES CO. et al., Appellants, v. NEW YORK CENT. R. CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by the Continental Securities Company and Clarence H. Venner, as stockholders, against the New York Central Railroad Company and another. No opinion. Motion granted, without costs. See, also, 153 N. Y. Supp. 879.

COOPER v. NOROVE. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Edwin Q. Cooper against Isaac Norove. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed. See, also, 165 App. Div. 907, 149 N. Y. Supp. 1076.

CORBY COMMISSION CO., Appellant, v. GILLAN, Respondent. (Supreme Court Appellate Division, First Department. May 14, 1915.) Action by the Corby Commission Company against John Gillan. E. W. McMahon, of New York City, for appellant. M. B. Blumenthal, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

COSTELLO, Respondent, v. TAYLOR, Appellant. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) In the matter of the claim of Daniel Costello for compensation under the Workmen's Compensation Law against George C. Taylor, as president of the American Express Company. (Claim No. 16548.) No opinion. Award unanimously affirmed.

In re COX. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) In the matter of the application of Ethel A. Cox, as administratrix of Agnes L. Frederick, deceased. No opinion. Appeal dismissed by default, with costs.

GUINSBURG, Respondent, v. LITTAUER, Appellant, et al. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Nathan M. Guinsburg against Ludwig Littauer, impleaded with others. M. H. Ellison, of New York City, for appellant. S. S. Hamburger, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

CUTTING, Appellant, v. COATSWORTH, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Charles H. Cutting against Edward E. Coatsworth, as executor, etc. No opinion. Appeal dismissed, without costs, upon stipulation filed.

DAILEY et al., Appellants, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division. First Department. June 11, 1915.) Action by John D. Dailey and another against the City of New York. E. Ash, of New York City, for appellants. E. C. Kindleberger, of New York City, for respondent. No opinion. Order (in 86 Misc. Rep. 86, 149 N. Y. Supp. 109) affirmed, with $10 costs and disbursements. Order filed.

DAVIS, Appellant, v. SEWARD et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Action by Buell G. Davis, individually and as executor, etc., against George W. Seward, as administrator, etc., and others. No opinion. Motion granted, pursuant to the powers conferred by chapter 553 of the Laws of 1915, amending section 231 of the Code of Civil Procedure, and appeal sent to the Appellate Division in the Fourth Department. See, also, 152 N. Y. Supp. 1106.

DAYTON, Respondent, v. BAILEY, Appellant. (Supreme Court, Appellate Division, Second Department. June 11, 1915.) Action by Jennie A. Dayton against Walter E. Bailey. No opinion. Judgment affirmed, with costs.

DE BAUN, Appellant, v. PARDEE et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Action by Alonzo E. De Baun against Fred W. Pardee and others.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the judgment is as follows: Judgment (in 139 N. Y. Supp. 1077) affirmed, with costs.

DE CAUMONT et al., Appellants, v. TRUSTEES OF ROMAN CATHOLIC CHURCH OF ST. LOUIS et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by Henry Le Couteulx De Caumont and others against the Trustees of the Roman Catholic Church of St. Louis and others. No opinion. Order modified, so as to provide that the stay of proceedings shall not prevent service of notice of appeal from the judgment, if so advised, and, as so modified, affirmed, without costs of this appeal to either party.